CLOSED

**U.S. District Court [LIVE]**
**Western District of Texas (Austin)**
**CIVIL DOCKET FOR CASE #: 1:08-cv-00143-SS**

Gaddy v. Davol, Inc. et al
Assigned to: Judge Sam Sparks
Related Cases: 1:08-cv-142
1:07-cv-00650-SS
1:07-cv-00824-SS
1:08-cv-00142-SS
Case in other court: District of Rhode Island, CA 08-02444
Cause: 28:1332 Diversity-Product Liability

Date Filed: 02/27/2008
Date Terminated: 04/15/2008
Jury Demand: Plaintiff
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Charles Gaddy, Jr.**

represented by **Ernest Cory**
Cory, Watson, Crowder & Degaris, P.C.

2131 Magnolia Ave.
Birmington, AL 35205
(205)328-2200
Fax: 205/324-7896
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gregg Anderson**
Terry Bryant PLLC
8584 Katy Freeway
Suite 100
Houston, TX 77024
(713)973-8888
Fax: (713)773-1188
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jon C. Conlin**
Cory Watson Crowder & Degaris, P.C.
2131 Magnolia Ave.
Birmingham, AL 35205
(205) 328-2200
Fax: (205) 324-7896
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen R. Hunt, Jr.**

Cory, Watson, Crowder & Degaris, P.C.

2131 Magnolia Ave.
Birmingham, AL 35205
(205) 328-2200
Fax: (205) 324-7896
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Davol, Inc.**

**Defendant**

**C.R. Bard, Inc.**

| Date Filed | # | Docket Text |
|---|---|---|
| 02/27/2008 | 1 | COMPLAINT ( Filing fee $ 350.00; receipt number 415602), filed by Charles Gaddy, Jr. (Attachments: # 1 Civil Cover Sheet & copy of receipt)(mm5) (Entered: 02/29/2008) |
| 02/29/2008 | 2 | Letters/Correspondence to Attorneys Gregg Anderson, Ernest Cory, Jon C. Conlin, and Stephen R. Hunt, Jr. advising of non-admitted status. (mm5) (Entered: 02/29/2008) |
| 04/14/2008 | 3 | Letter/Correspondence regarding future MDL transfer... (jg3, ) (Entered: 04/15/2008) |
| 04/15/2008 | 4 | ORDER... Conditional Transfer Order to MDL.. D/RI. (jg3, ) (Entered: 04/15/2008) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 04/17/2008 13:24:47 | | | |
| **PACER Login:** | us6061 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1:08-cv-00143-SS |
| **Billable Pages:** | 1 | **Cost:** | 0.08 |