**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **In re COMPOSIX® KUGEL® HERNIA REPAIR PATCH LITIGATION** | § § § | **MDL Docket No. 07-1842-MDL** |
| **THIS DOCUMENT RELATES TO: <u>GADDY v. DAVOL, Inc. *et al*</u>: 1:08-cv-02445-ML-LDA (*transferred from Western District of Texas: 1:08-cv-00143-SS*)** | § § § | **JUDGE LISI** |

**<u>MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT</u>**

NOW COMES the Plaintiff, Charles Gaddy, Jr., by and through his undersigned attorneys and moves that he be allowed to file an Amended Complaint in the above-captioned matter pursuant to § V.B. of the CMO as entered by this Court on December 6, 2007.

Plaintiffs, CHARLES GADDY, JR. and
LORNA LEE GADDY
By their Attorneys,

/s Ernest Cory
Ernest Cory
Jon C. Conlin
Stephen R. Hunt, Jr.
CORYWATSON CROWDER & DEGARIS
2131 Magnolia Avenue
Birmingham, Alabama 35209
205-328-2200
205-326-7896 FAX

Terry Bryant, Esq.
TERRY BRYANT, LLP
8584 Katy Freeway, Suite 100
Houston, TX 77024
713-973-8888
713-973-1188

Dated: 7/31/2008

**CERTIFICATION**

I HEREBY CERTIFY THAT ON THIS THE 31st DAY OF JULY, 2008, that a true copy of the within has been filed electronically and that it is available for viewing and downloading from the ECF system.

/s Ernest Cory

Ernest Cory
Jon C. Conlin
Stephen R. Hunt, Jr.
CORY WATSON CROWDER & DEGARIS
2131 Magnolia Avenue
Birmingham, Alabama 35209
205-328-2200
205-326-7896

Terry Bryant, Esq.
TERRY BRYANT, LLP
8584 Katy Freeway, Suite 100
Houston, TX 77024
713-973-8888
713-973-1188